Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | M.A. Mobile Ltd. |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __<br>☒ Other  201009810281 . Describe identifier California Secretary of State LLC Entity File Number .<br><br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ___ ___ ___ ___<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___<br>☐ Other _____. Describe identifier _____. |
| 3. | Name of foreign representative(s) | Stanley DeFreitas, CPA, DeFreitas & Associates |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Liquidation of Company Because of Insolvency |
| 5. | Nature of the foreign proceeding | Check one:<br>☒ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>Notice of Liquidation and Plan of Liquidation. |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☒ Yes |

Case: 21-30101    Doc# 1    Filed: 02/05/21    Entered: 02/05/21 15:14:50    Page 1 of 3

| Debtor | **M.A. Mobile Ltd.** | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**  Attach a list containing the names and addresses of:
(i) all persons or bodies authorized to administer foreign proceedings of the debtor,
(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and
(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

**Commonwealth of Dominica**

Debtor's registered office:

**Corner of Church Street and Old Street**
Number    Street

P.O. Box

**Roseau, Commonwealth of Dominica**
City    State/Province/Region    ZIP/Postal Code

Country

Individual debtor's habitual residence:

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

Address of foreign representative(s):
**DeFreitas & Associates**
**Davis Bros. Building, Fond Cole**
Number    Street
**P.O. Box 2254**
P.O. Box
**Roseau, Commonwealth of Dominica**
City    State/Province/Region    ZIP/Postal Code

Country

**10. Debtor's website (URL)**  None

**11. Type of debtor**

Check one:

☒ Non-Individual (check one):

☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership       **Limited Company registered in California**
☒ Other. Specify: **as Limited Liability Company**

☐ Individual

Case: 21-30101    Doc# 1    Filed: 02/05/21    Entered: 02/05/21 15:14:50    Page 2 of 3

| Debtor | M.A. Mobile Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
M.A. Mobile Ltd. v. Indian Institute of Technology Kharagpur, et al.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with Chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _/s/_____     **Stanley DeFreitas**
Signature of foreign representative     Printed name

Executed on 02 / 05 / 2021
MM / DD / YYYY

X _____     _____
Signature of foreign representative     Printed name

Executed on ___ / ___ / _____
MM / DD / YYYY

**14. Signature of attorney**

X _/s/ David M. Hellman_____     Date 02/05/2021
Signature of Attorney for foreign representative     MM / DD / YYYY

David M. Hellman, Esq.
Printed name
Law Office of David M. Hellman
Firm name
851 Irwin Street, Suite 205
Number  Street

| San Rafael, | CA | 94901 |
|---|---|---|
| City | State | ZIP Code |

(415) 457-4411     david@davidhellman.com
Contact phone     Email address

53736     California
Bar number     State