1  David M. Hellman, Esq. (SBN: 53736)
   Law Office of David M. Hellman
2  851 Irwin Street, Suite 205
   San Rafael, CA 94901
3  Phone: (415) 457-4411
   Fax: (415) 457-0356
4
5  Attorney for Debtor, M.A. Mobile Ltd.
   and Foreign Representative,
6  Stanley DeFreitas, DeFreitas & Associates

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  In re:                          Case No. 21-30101 DM 15

12  M.A. MOBILE LTD.,               Chapter 15 – Foreign Main Proceeding

13          Debtor.                 Date:    February 17, 2021
                                    Time:    11:30 AM (Pacific Time)
14                                  Hearing via AT&T Conference Call
                                    (See Judge Montali's Order for Instructions)
15

16

17

18           **STATEMENT OF POSITION OF FOREIGN REPRESENTATIVE,**
                **STANLEY DEFREITAS, DEFREITAS & ASSOCIATES,**
19            **IN SUPPORT OF CHAPTER 15 PETITION FOR RECOGNITION**
                **OF A FOREIGN PROCEEDING AND REQUEST FOR RELIEF**
20

21

22

23

24

25

26

27

28  STATEMENT OF POSITION OF FOREIGN REPRESENTATIVE, STANLEY DEFREITAS,
    DEFREITAS & ASSOCIATES, IN SUPPORT OF CHAPTER 15 PETITION FOR
    RECOGNITION OF A FOREIGN PROCEEDING & REQUEST FOR RELIEF–No. 21-30101 DM 15

    Case: 21-30101   Doc# 14   Filed: 02/16/21   Entered: 02/16/21 17:09:28   Page 1 of 5



**DEFREITAS & ASSOCIATES**
CHARTERED ACCOUNTANTS &
MANAGEMENT CONSULTANTS

Fond Cole
P.O. Box 2254
Roseau,
Commonwealth of Dominica
Tel: (767) 440–6756
Email: info@defreitas-consulting.com
Website: www.defreitas-consulting.com

**Stanley P.E. DeFreitas** FCBA, FAIA, CPA, CGA, CA
*Associates Consultants:*
G. Llewlyn Gill CPA, FCGA, FCCA, CA
Michael Pilgrim FCCA, CA, MBA, Ph.D
Kwame Agemang B.Comm, MBA
Indira Narine B.Sc, ACBA
Stan DeFreitas FCBA, MBA, CPA, CGA, CA, DipFA
Gerald Smith CA
Julio Cesar Martinez MBA, CPA (Honduras)

February 15, 2021

**Delivered Electronically**

Mr. David M. Hellman
Attorney-At- Law
Law Office of David M. Hellman
851 Irwin Street, Suite 205
San Rafael, CA 94901

Dear Mr. Hellman,

RE: **Statement of Position**
**M.A. MOBILE LTD of the Commonwealth of Dominica**
**Company Registration No. 8721**
**In Voluntary Liquidation**

In a Matter: **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**
**M.A. MOBILE LTD., Debtor. Bankruptcy Case No. 21-30101-DM Chapter 15**

I wish to inform you and the Court that the undersigned was appointed Liquidator of the captioned company on February 1, 2021 pursuant to a Special Resolution of the Sole Shareholder, who is also the Sole Director, in accordance with Section 90(2) of the International Business Companies (IBC) Act, 1996, as revised, of the Laws of the State of the Commonwealth of Dominica and evidenced by the previously furnished "Articles of Dissolution", inclusive of the "Plan of Dissolution".

**It is within my capacity as Liquidator I state the following:**

1. The company is insolvent in that the preliminary estimated value of the Liabilities exceed the preliminary estimated value of the Assets based on the attached Statutory Declaration by the Sole Director and supported in the companion Preliminary Statement of Affairs. The contents of these two documents are being examined further to determine the appropriateness of the valuations therein.

2. The general public (**locally, regionally and extra-regionally**) is being notified of the winding-up of the Company VIA publications in the Government's (Commonwealth of Dominica) Gazette and National Newspapers in the Commonwealth of Dominica as evidenced by the **attached** "Notice of Appointment of Liquidator".

3. As Liquidator, I am duty bound in law to locate, identify and dispose of all assets of the company with the objective of settling Creditors' claims from the proceeds generated.

4. As Liquidator, I am duty bound in law to receive all claims from all Creditors and meet with all Creditors to inform them on matters dealing with the Estate for any possible distribution and to deal with all Creditors equitably.

5. As Liquidator, I am duty bound in law to give an accounting of all funds received and disbursed to all interested persons, including all Creditors and the Registrar of Companies of the Commonwealth of Dominica.

2/cont'd…

**February 15, 2021**

**Statement of Position**
**M.A. MOBILE LTD of the Commonwealth of Dominica**
**Company Registration No. 8721**
**In Voluntary Liquidation**
**In a Matter: UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**
**M.A. MOBILE LTD., Debtor. Bankruptcy Case No. 21-30101-DM Chapter 15**

Mr. David M. Hellman
Attorney-At-Law
Law Office of David M. Hellman

---

**Powers of the Liquidator**

In order to perform the duties imposed on an appointed Liquidator, under the Laws of the Commonwealth of Dominica, a liquidator has all powers of the company that are not reserved to the members in law or in the Memorandum or Articles, including, but not limited to, the power:

(a) to take custody of the assets of the company and, in connection therewith, to register any property of the company in the name of the liquidator or that of his nominee;

(b) to sell any assets of the company at public auction or by private sale without any notice;

(c) to collect the debts and assets due or belonging to the company;

(d) *to* borrow money from any person for any purpose that will facilitate the winding-up and dissolution of the Company and to pledge or mortgage any property of the company as security for any such borrowing;

(e) to negotiate, compromise and settle any claim, debt, liability or obligation of the company and to prosecute and defend, in the name of the company or in the name of the liquidator or otherwise, any action or other legal proceedings;

(g) to retain solicitors, accountants and other advisors and appoint agents;

(h) to carry on the business of the company, if the liquidator has received authorisation to do so in the plan of liquidation or by a resolution of directors permitted in Law, as the liquidator may determine to be necessary or to be in the best interests of the creditors or members of the company;

(i) to execute any contract, agreement or other instrument in the name of the company or in the name of the liquidator; and to make any distribution in money or in other property or partly in each, and if in other property, to allot the property, or an undivided interest therein, in equal or unequal proportions.

(j) Notwithstanding, a liquidator shall not, without the permission of the Court, carry on for a period in excess of two years the business of a company that is being wound up and dissolved.

**General Remarks**

1. Since all Creditors are entitled to file claims with me as Liquidator, it is my considered opinion that the granting of a Stay of Court Proceedings at the hitherto Court will be appropriate in the circumstances.

2. The Defendant in this Court Proceedings has the opportunity to provide a proof of claim along with the appropriate supporting documents to me as Liquidator to allow for the proper adjudication in accordance with the Laws of the Commonwealth of Dominica.

February 15, 2021

**Statement of Position**
**M.A. MOBILE LTD of the Commonwealth of Dominica**
**Company Registration No. 8721**
**In Voluntary Liquidation**
**In a Matter: UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**
**M.A. MOBILE LTD., Debtor. Bankruptcy Case No. 21-30101-DM Chapter 15**

Mr. David M. Hellman
Attorney-At- Law
Law Office of David M. Hellman

---

I trust the foregoing is helpful in the Court's determination and my request for a STAY meets with the Court's approval.

**Yours Truly,**

*[signature]*

**Stanley DeFreitas**
**Liquidator of M.A. MOBILE LTD of the Commonwealth of Dominica**

*[Stamp: DeFreitas & Associates, Chartered Accountants & Consultants, 15/2/2021]*

**PROOF OF ELECTRONIC SERVICE**

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.

2. My residence or business address and my electronic service address is (*specify*):

    Law Office of David M. Hellman
    851 Irwin Street, Suite 205
    San Rafael, CA 94901

3. I electronically served the following document:

    Statement of Position of Foreign Representative,
    Stanley DeFreitas, DeFreitas & Associates, in Support of
    Chapter 15 Petition for Recognition of a Foreign Proceeding and Request for Relief

4. I electronically served the document listed in No. 3 as follows:

    a. Name of person served:     b. Electronic service address of person served:

    | Name | Email |
    |---|---|
    | Indra Neel Chatterjee, Esq. | NChatterjee@goodwinlaw.com |
    | | JMcKenzie@goodwinlaw.com, |
    | | JValdes@goodwinlaw.com |
    | Michael T. Jones, Esq. | MJones@goodwinlaw.com |
    | Elizabeth J. Low, Attorney at Law | ELow@goodwinlaw.com |
    | | JValdes@goodwinlaw.com |
    | Brendan E. Radke | BRadke@goodwinlaw.com |
    | James Elliott Thompson | jthompson@orrick.com |
    | Theresa Ann Sutton | jakandjon@yahoo.com |
    | William F. Alderman | walderman@orrick.com |
    | William M. Balin | wmbalin@yahoo.com |

    c. On _____, 2021

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____, 2021

_____         _____
(TYPE OR PRINT NAME)            (SIGNATURE OF DECLARANT)

STATEMENT OF POSITION OF FOREIGN REPRESENTATIVE, STANLEY DEFREITAS, DEFREITAS & ASSOCIATES, IN SUPPORT OF CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING & REQUEST FOR RELIEF–No. 21-30101 DM 15